— Order modified by providing that paragraph sixteenth of the complaint be stricken out, and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

FLORENCE A. SMALLWOOD, Respondent, v. HIGBIE SMITH and Others, Defendants, Impleaded with GEORGE ORTON ELMORE, Appellant.— Order modified by providing that paragraph sixteenth of the complaint be stricken out, and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

AURELE BORRISS GLOVE Co., INC., Appellant, v. CLAUDE A. PETTER, Respondent.— Order affirmed, with ten dollars costs and disbursements; the date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

MAX COHN and Another, Respondents, v. JAMES C. GISMOND & COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Arbitration between ASHLEY D. ADAMS and RALPH POWERS, Copartners Doing Business as ADAMS & POWERS, Respondents, and ROTTENBERG SONS CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

In the Matter of the Application of the BOARD OF EDUCATION OF THE CITY AND CITY SCHOOL DISTRICT OF NEW YORK Appellant, for a Writ of Mandamus, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.; Dowling, J., dissenting.

LAWRENCE A. WASHINGTON, Respondent, v. TEXAS RANGER PRODUCING AND REFINING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

ETHEL L. LOWENTHAL, Respondent, v. HENRY LOWENTHAL, Appellant.— Order affirmed, with ten dollars costs and. disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

JACOB NEWMAN, Appellant, v. PRESSED STEEL CAR COMPANY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

GEORGE R. PHILLIPS, Appellant, v. JANE S. PHILLIPS and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

FLORENCE N. LEWIS, Respondent, v. OTELIA WESLEY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion for